FILED
GREAT FALLS DIV.

2008 OCT 21 PM 3 21

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT CRAWFORD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. DANIEL BENNETT, D.D.S.,<br><br>　　　　　　　Defendant. | No. CV 06-14-GF-SEH<br><br>**ORDER** |

On September 29, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 75.

-1-

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Defendant's Motion for Summary Judgment[2] is DENIED WITHOUT PREJUDICE.

DATED this 21st day of October, 2008.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 35.