FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA   2008 DEC 30 PM 2 07

GREAT FALLS DIVISION   PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| ROBERT CRAWFORD, <br><br> Plaintiff, <br><br> vs. <br><br> DR. DANIEL BENNETT, D.D.S., <br><br> Defendant. | No. CV-06-14-GF-SEH <br><br> **ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on December 2, 2008. Plaintiff filed objections on December 17, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.   Defendant's Second Motion for Summary Judgment[2] is GRANTED.

---

[1] Docket No. 81.

[2] Docket No. 63.

-1-

2. An appeal of this decision would not be taken in good faith as Plaintiff did not meet his obligations under Rule 56 of the Federal Rules of Civil Procedure to establish a genuine issue of material fact within his claim. Fed. R. App. P. 24(3)(1).

3. The Clerk shall enter judgment accordingly.

DATED this 30th day of December, 2008.

*Sam G Haddon*

SAM E. HADDON
United States District Judge